IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50451 c/w
Nos. 00-50527 & 00-50571
Conference Calendar

_____

NAOMI EASLEY MOORE,

                                        Plaintiff-Appellant,

versus

AUSTIN POLICE DEPARTMENT; TRAVIS COUNTY
DISTRICT ATTORNEY'S OFFICE; TRAVIS
COUNTY MEDICAL EXAMINER; JON WISSER,
299th District Court Judge,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-00-CV-266-JN
- - - - - - - - - - -
February 14, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Naomi Easley Moore, Texas prisoner # 581658, appeals from
the district court's judgment denying her "Petition for
Exhumation."  This court remanded the case to the district court
for a determination whether Moore tendered for filing any
document within the time allowed by Fed. R. App. P. 4 that meets
the notice requirements of Fed. R. App. P. 3.  The district court
thereafter entered an order in which it determined that Moore had

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

not filed any document that could serve as a timely notice of appeal.  Moore does not challenge that determination.  In light of the district court's determination on remand that Moore did not file a timely notice of appeal from the district court's final judgment, this appeal is DISMISSED for lack of appellate jurisdiction.

APPEAL DISMISSED.